**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

J.J.C.G.,                                          :
                                                   :
       Petitioner,                    :
                                                   :
v.                                                 :      Case No. 4:26-cv-844-CDL-ALS
                                                   :
Warden, STEWART DETENTION                          :
CENTER,                                            :
                                                   :
       Respondent.                    :
_____

### ORDER

On May 21, 2026, the Court received Petitioner's *pro se* application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 22nd day of May, 2026.

                    s/ **ALFREDA L. SHEPPARD**
                    UNITED STATES MAGISTRATE JUDGE